Decided April 24, 1995

RAYMOND FLINT *v.* NATIONAL RAILROAD PASSENGER CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 162 (AC 12907), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiff's amendments to his complaint did not enlarge the existing issues or present new issues of fact so as to entitle him to claim a jury trial pursuant to General Statutes § 52-215?"

The Supreme Court docket number is SC 15248.

*William F. Gallagher* and *Cynthia C. Bott,* in support of the petition.

*John W. Steinmetz, David Thomas Ryan* and *Craig A. Raabe,* in opposition.

Decided April 24, 1995